**DISMISS and Opinion Filed October 8, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00996-CV

### DOME RESOURCES, INC., Appellant
### V.
### TEXAS LAND & PETROLEUM COMPANY, LLC, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03027-2011**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Moseley

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jim Moseley/
JIM MOSELEY
JUSTICE

130996F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOME RESOURCES, INC., Appellant

No. 05-13-00996-CV     V.

TEXAS LAND & PETROLEUM
COMPANY, LLC, Appellee

On Appeal from the 417th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 417-03027-2011.
Opinion delivered by Justice Moseley.
Justices Lang and Brown, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, TEXAS LAND & PETROLEUM COMPANY, LLC, recover its costs of this appeal from appellant, DOME RESOURCES, INC.

Judgment entered this 8th day of October, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE

–2–